

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2015

No. 04-15-00550-CV

**IN THE INTEREST OF A.J.J., A CHILD**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02098
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

This is an appeal from an order terminating appellant's parental rights. Appellant has filed a motion for extension of time requesting a twenty-day extension to file her brief. Appellant's motion is GRANTED. It is ORDERED that appellant file her brief on or before November 30, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court